Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 1493 | **DATE** | 9/23/2008 |
| **CASE TITLE** | IN RE NORTHFIELD LABORATORIES, INC. SECURITIES LITIGATION | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. Defendants' motions to dismiss [135] [138] are denied. Status hearing set for 10/14/2008 at 11:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|