# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| IN RE NORTHFIELD LABORATORIES, INC. SECURITIES LITIGATION | No. 06 CV 1493 (consolidated)<br><br>Judge George M. Marovich<br>Magistrate Nan R. Nolan |

**MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL**

Pursuant to Fed. R. Civ. P. 23(a), 23(b)(3), and 23(g), Court appointed Lead Plaintiffs the Paul H. Shield, MD, Inc. Profit Sharing Plan and the Paul H. Shield, MD, Inc. Money Purchase Plan and named plaintiffs Alan Goodman, James Rourke, and Daniel Nesi (collectively "Plaintiffs") move this Court for an entry of an Order:

1. Certifying this action as a class action on behalf of the following class (the "Class"):

All persons who purchased securities of Northfield, including purchasers of common stock and call options, and sellers of put options, during the period from March 19, 2001, through March 20, 2006, inclusive, and were damaged thereby. Excluded from the Class are Defendants, the current and former officers and directors of Northfield, members of their immediate families, their affiliates, and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

2. Certifying the Paul H. Shield, MD, Inc. Profit Sharing Plan and the Paul H. Shield, MD, Inc. Money Purchase Plan, Alan Goodman, James Rourke, and Daniel Nesi as class representatives;

3. Appointing Plaintiffs' Lead Counsel, The Rosen Law Firm, P.A. as Lead Class Counsel, and Plaintiffs' Liaison Counsel Pomerantz Haudek Block Grossman & Gross, LLP as Liaison Class Counsel; and

4. Granting such other and further relief as the Court may deem just and proper.

Class certification and the appointment of Plaintiffs as class representatives are proper, where, as here, the class is so numerous that joinder of all members is impracticable, common

question of law and fact exist, Plaintiffs' claims are typical of the class claims, Plaintiffs and their counsel will fairly and adequately represent the class, common questions predominate, and a class action is superior to individual actions. Additionally the appointment of class counsel is proper, where, as here, both counsel are well qualified to represent the class.

In support of this Motion, Plaintiffs submit: (1) the Declaration of Laurence Rosen dated April 1, 2009 (with exhibits); (2) Memorandum of Law dated April 1, 2009; (3) Declaration of Scott Hakala, Ph.D (with exhibits); and (4) a [Proposed] Order Certifying this action as a class action, appointing class representatives, and appointing class counsel

Dated: April 1, 2009                                  Respectfully submitted,

                                                   **POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS, LLP**

                                                   /s Patrick V. Dahlstrom
Patrick V. Dahlstrom
1 North LaSalle Street
Chicago, Illinois 60602-3908
Tel: (312) 377-1181
Fax: (312) 377-1184

Liaison Counsel for Plaintiffs and Class

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
Phillip Kim
350 Fifth Avenue, Suite 5508
New York, New York 10118
Tel: (212) 686-1060
Fax: (212) 202-3827

Lead Counsel for Plaintiffs and the Class

2

## CERTIFICATE OF SERVICE

I hereby certify that on this on the 1st day of April, 2009, a true and correct copy of the foregoing **MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL** was served by CM/ECF to:

>James Kevin McCall
>Ronald L. Marmer
>Suzanne Jean Prysak
>**Jenner & Block LLP**
>330 North Wabash
>Chicago, IL 60611
>
>Jason P Shaffer
>David C. Bohan
>**Katten Muchin Rosenman LLP**
>525 West Monroe Street
>Chicago, IL 60661
>
>Attorneys for Defendants

Dated: April 1, 2009

                                              /s/ Patrick V. Dahlstrom
                                              Patrick V. Dahlstrom