**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE NORTHFIELD LABORATORIES, INC. SECURITIES LITIGATION | : : : : : : | No.  06 CV 1493 (consolidated)  Judge George M. Marovich Magistrate Nan R. Nolan |

**DECLARATION OF LAURENCE ROSEN IN SUPPORT OF MOTION FOR CLASS**
**CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND**
**APPOINTMENT OF CLASS COUNSEL**

I, Laurence Rosen, hereby declare under penalty of perjury that:

1.    I am an attorney with The Rosen Law Firm P.A., Lead Counsel for Plaintiffs in this action and have personal knowledge of the facts set forth herein. I make this declaration in support of Lead Plaintiffs the Paul H. Shield, MD, Inc. Profit Sharing Plan and the Paul H. Shield, MD, Inc. Money Purchase Plan and named plaintiffs Alan Goodman, James Rourke, and Daniel Nesi, M.D.'s (collectively the "Plaintiffs") motion for class certification, appointment of class representatives, and appointment of class counsel. I am duly admitted *pro hac vice* to practice before this Court on this matter.

2.    Attached hereto as Exhibit 1 is a true and correct excerpt of the deposition transcript of Patrick Pace, M.D. dated December 12, 2008.

3.    Attached hereto as Exhibit 2 are true and correct copies of declarations by proposed class representatives the Paul H. Shield, M.D., Inc. Profit Sharing Plan, the Paul H. Shield, M.D., Inc. Money Purchase Plan, Alan Goodman, James Rourke, and Daniel Nesi.

4.    Attached hereto as Exhibit 3 is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

5.    Attached hereto as Exhibit 4 is a true and correct copy of the firm resume of Pomerantz Haudek Block Grossman & Gross LLP.

6.    Attached hereto as Exhibit 5 is a true and correct copy of a listing of market makers for Northfield stock as of January 2005 from Bloomberg LP.

I declare under the laws of the United States and under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2009, at New York, New York.

Laurence Rosen

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April 2009, a true and correct copy of the foregoing **DECLARATION OF LAURENCE ROSEN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL** was served by CM/ECF to:

> James Kevin McCall
> Ronald L. Marmer
> Suzanne Jean Prysak
> **Jenner & Block LLP**
> 330 North Wabash
> Chicago, IL 60611
>
> Jason P Shaffer
> David C. Bohan
> **Katten Muchin Rosenman LLP**
> 525 West Monroe Street
> Chicago, IL 60661
>
> Attorneys for Defendants

Dated: April 1, 2009

> /s/ Patrick V. Dahlstrom
> Patrick V. Dahlstrom

2