## Exhibit C  Institutional Holdings Information

| Quarter End Date | Total 13F Institution Holdings | Total % Held by 13F Institutions | Total # of 13F Institutions | Price $ | Shares Outstanding |
|---|---|---|---|---|---|
| 30-Sep-06 | 7,220,054 | 27.0% | 62 | $ 14.36 | 26,779,000 |
| 30-Jun-06 | 7,078,377 | 26.4% | 61 | $ 9.89 | 26,773,000 |
| 31-Mar-06 | 6,110,109 | 22.8% | 64 | $ 10.00 | 26,761,000 |
| 31-Dec-05 | 5,365,160 | 20.1% | 59 | $ 13.40 | 26,754,000 |
| 30-Sep-05 | 5,366,354 | 20.1% | 58 | $ 12.90 | 26,751,000 |
| 30-Jun-05 | 5,606,119 | 21.0% | 61 | $ 14.31 | 26,745,000 |
| 31-Mar-05 | 6,929,218 | 26.6% | 68 | $ 11.25 | 26,051,000 |
| 31-Dec-04 | 4,687,701 | 21.9% | 66 | $ 22.55 | 21,404,000 |
| 30-Sep-04 | 3,814,077 | 17.8% | 54 | $ 13.37 | 21,404,000 |
| 30-Jun-04 | 3,453,469 | 16.5% | 54 | $ 14.26 | 20,974,000 |
| 31-Mar-04 | 1,921,059 | 11.9% | 41 | $ 16.13 | 16,171,000 |
| 31-Dec-03 | 1,469,203 | 9.1% | 27 | $ 6.61 | 16,159,000 |
| 30-Sep-03 | 1,435,083 | 8.9% | 25 | $ 6.73 | 16,159,000 |
| 30-Jun-03 | 1,143,955 | 8.0% | 28 | $ 7.73 | 14,266,000 |
| 31-Mar-03 | 1,099,683 | 7.7% | 26 | $ 8.65 | 14,266,000 |
| 31-Dec-02 | 959,948 | 6.7% | 24 | $ 3.44 | 14,266,000 |
| 30-Sep-02 | 1,027,048 | 7.2% | 24 | $ 4.03 | 14,266,000 |
| 30-Jun-02 | 1,392,685 | 9.8% | 31 | $ 4.01 | 14,269,000 |
| 31-Mar-02 | 1,754,268 | 12.3% | 39 | $ 7.04 | 14,266,000 |
| 31-Dec-01 | 1,805,006 | 12.7% | 39 | $ 8.58 | 14,266,000 |
| 30-Sep-01 | 2,295,272 | 16.1% | 43 | $ 13.01 | 14,269,000 |
| 30-Jun-01 | 1,655,052 | 11.6% | 42 | $ 16.39 | 14,266,000 |
| 31-Mar-01 | 1,447,137 | 10.2% | 32 | $ 9.63 | 14,242,000 |
| 31-Dec-00 | 1,398,240 | 9.8% | 30 | $ 10.50 | 14,242,000 |

Source:  Thomson Financial