**Exhibit E**

## Comparison of Northfield Labs' Share Price to Guideline Index and Composite Index 12/31/2004 to 4/28/2006

