**NORTHFILED LABS**

# Exhibit B  Event Study Summary

Regression analysis - 3/19/2001 - 9/20/2006

| Regression Window | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|
| **Market & Industry Regressions** | | | | |
| Coefficient | | | | |
| Centered R**2 | 4.29% | | Percent of Variance explained by regression | |
| Non-event R**2 | 4.72% | | Percent of Variance explained by regression on non-event days | |
| SEE | 4.09% | | Standard error of residual (portion of movement unexplained by regression) | |
| Constant | 0.03% | 0.25 | | |
| RTY | 23.41% | 2.03 | Russell 2000 Index | |
| SUBINDEX | 18.16% | 3.43 | Equal weight geometric index consisting of DNA, BPUR, BIIB, INCY, and ALXN | |
| SUBIND2 | 12.31% | 2.20 | Equal weight geometric index consisting of AMGN and PPCO | |
| F(3,1263) | 20.83 | Sig. 0.00% | Test for the joint significance (lower is better) of the three indices on non-event days | |
| **Market, Event and Industry Regressions** | | | | |
| Centered R**2 | 29.92% | | Percent of Variance explained by regression | |
| Adjusted R**2 | 23.26% | | Percent of Variance explained by regression adjusted downward for the inclusion of the events and indices | |
| SEE | 3.66% | | Standard error of residual (portion of movement unexplained by regression) | |
| Constant | -0.09% | (0.84) | | |
| RTY | 17.92% | 1.67 | Russell 2000 Index | |
| SUBINDEX | 14.14% | 2.89 | Equal weight geometric index consisting of DNA, BPUR, BIIB, INCY, and ALXN | |
| SUBIND2 | 17.00% | 3.28 | Equal weight geometric index consisting of AMGN and PPCO | |
| F(117,1263) | 3.95 | Sig. 0.00% | Test for the significance (lower is better) of the identified compan-specific events | |
| | | | A product that can emulate the work of red blood cells, transporting oxygen throughout the body, has been approved for use in South Africa, the products' developers announced Tuesday.  Hemopure, a solution made from cow hemoglobin, has a longer shelf life than blood, does not carry the same risk of disease as unscreened blood and can be administered to any person regardless of blood type, said officials of Biopure, the US company that developed the product(Chicago Tribune Company) | |
| 1 | 04/10/2001 | 14.34% | 3.62 | 0 |

**NORTHFILED LABS**
Regression analysis - 3/19/2001 - 9/20/2006

# Exhibit B  Event Study Summary

| Regression Window | | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|---|
| | | | | Substitutes would do more than just buttress the slimming (blood) stockpile.  Indeed, the need for them "is enormous from several standpoints," says Harvey Klein, Chief of Transfusion Medicine at the National Institutes of Health.  The products are universally compatible because they lack A and B antigens, the proteins that distinguish blood as type A, B, AB, or O.  Physicians therefore wouldn't have to waste time during emergencies trying to match blood types, says Steven Gould, President of Northfield Laboratories.  "You can simply pull the product off the shelf and infuse it rapidly."(US | |
| 2 | 06/25/2001 | 9.52% | 2.48 | News & World Report) | 1 |
| 3 | 08/06/2001 | -6.64% | -1.88 | Northfield Laboratories Inc. reported a loss, as anticipated, for its 4Q and FY ended May 31, 2001.  As a development-stage company, Northfield has no revenues(PR Newswire 08.03.01) | 0 |
| | | | | Northfield Laboratories Inc. reported today that it has completed preparation of all of the components of its Biologics License Application (BLA), including collection and analysis of its clinical trial data for PolyHeme.  The company is now completing the final clerical compilation and preparation of the document for submission to the FDA.  Northfield intends to submit the application before Labor Day(PR Newswire) | |
| 4 | 08/16/2001 | 17.07% | 4.30 | | 1 |
| | | | | Northfield Laboratories Inc. says a lawsuit filed by one of its shareholders to delay its annual shareholders' meeting is without merit.  In the suit, company shareholder C. Robert Coates requested the delay to allow Coates time to solicit shareholder proxies to elect 2 representatives to Northfield's Board.  Coates has nominated his brother and an unnamed individual as Board candidates and has asked Northfield for a list of shareholders entitled to vote at the meeting(Dow Jones News Service) | |
| 5 | 08/17/2001 | -8.14% | -2.32 | | 0 |
| | | | | Northfield Laboratories Inc. said C. Robert Coates, a shareholder of the company, notified a court in Delaware of his intention to dismiss his lawsuit to delay Northfield's annual meeting.  Coates had wanted more time to solicit shareholder proxies to elect 2 representatives to the Northfield Board(Chicago Tribune Company);   Northfield Laboratories Inc. said today that management is unaware of any information that would account for the recent share price decline(PR Newswire) | |
| 6 | 08/21/2001 | -10.57% | -3.05 | | 0 |

**NORTHFIELD LABS**
Regression analysis - 3/19/2001 - 9/20/2006

# Exhibit B  Event Study Summary

| Regression Window | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|
| 7 | 10/16/2001 | 4.10% | 1.10 | Northfield Laboratories Inc. reported a loss, as anticipated, for its 1Q:FY:02 ended August 31, 2001.  As a development stage company, Northfield has no revenues.  For the 1Q, Northfield reported a loss of $3.2M, or 22¢ per basic share, compared with a loss of $2.5M, or 18¢ per basic share, in the year-earlier period.  At the close of the quarter, the company reported shareholders' equity of $27.0M, with $26.1M in cash and marketable securities.  "The 1Q marked a milestone in Northfield's history with the submission of our Biologics License Application (BLA) to the FDA for PolyHeme, the first submission ever for an oxygen-carrying blood substitute for human use.  We're extremely proud of this achievement," said Richard DeWoskin, Chairman and CEO.  "We are equally proud of our unrivaled trauma data, demonstrating the life-sustaining benefits of PolyHeme in urgent, massive blood loss situations."(PR Newswire) | 0 |
| 8 | 11/20/2001 | -25.49% | -8.03 | Northfield Laboratories Inc. reported that it received comments from the US FDA's Center for Biologics Evaluation and Research (CBER) on its Biologics License Application (BLA), submitted August 2001.  CBER indicated that they are seeking additional information before accepting the application for filing and issued a Refusal-to-File letter to the company.  "Refusals for first-time submissions are not uncommon," said Richard DeWoskin, CEO.  "We are encouraged by the constructive information provided in CBER's initial response, and believe that while the next few months will be busy, there is good reason to expect that modifications resulting from this feedback will help us to progress to the next stage of the application process."(PR Newswire 11.19.01) | 1 |
| 9 | 05/15/2002 | -5.79% | -1.63 | Northfield Laboratories Inc. today responded to the recent volatility in the company's stock price.  "There has been no news or corporate developments that would merit the recent weakness in our stock price," said Richard DeWoskin, CEO.  "As we had indicated in our most recent comments at the Deutsche Banc Alex Brown Health Care Conference, we remain as confident as ever in our product and continue to make progress in our ongoing discussions with the Center for Biologics Evaluation and Research (CBER) of the US FDA.  At this point, we continue to emphasize the fact that PolyHeme has proven effective in cases of severe trauma.  We have infused up to 20 units in massive hemorrhage situations and have accumulated substantial evidence of safety and efficacy.  With $20M in cash, we have adequate funding for the next 18-24-months," DeWoskin added.(PR Newswire);   Northfield Laboratories Inc. said it doesn't see any reason for the recent decline in its stock price since it hasn't released any news that would merit it(Dow Jones News Service) | 0 |
| 10 | 06/04/2002 | 5.67% | 1.50 | Northfield Laboratories Inc.'s dissident shareholder, Robert Coates, said on Tuesday he plans to start another proxy contest this year to elect 2 Directors because he believes he has been misled by management(Dow Jones Corporate Filings Alert) | 0 |

**NORTHFILED LABS**
Regression analysis - 3/19/2001 - 9/20/2006

## Exhibit B  Event Study Summary

| Regression Window | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|
| 11 | 06/05/2002 | 9.24% | 2.41 | Northfield Laboratories Inc. today announced the manuscript describing the use of PolyHeme in trauma and urgent blood loss situations has been accepted for publication in the October 2002 issue of the Journal of the American College of Surgeons.  "This is another significant accomplishment as we continue to describe the life-sustaining capacity of PolyHeme in the setting of massive blood loss when red blood cells may be unavailable," said Dr. Steven A. Gould, President.  "The preliminary report of this experience was presented at the Papers Session of the Annual Meeting of the American College of Surgeons in New Orleans last Fall.  This acceptance of the manuscript for publication following peer review by independent, external reviewers represents validation of our results within the medical and scientific communities, and is further evidence of the significance of our work."(PR Newswire) | 1 |
| 12 | 07/24/2002 | 15.23% | 3.85 | Northfield Laboratories Inc. announced today that Richard E. DeWoskin, one of the company's founders and its Chairman and CEO, will resign as a Director and Officer of the company effective today.  Steven A. Gould, MD, also one of the company's founders and Northfield's current President and a Director of the company, will become Northfield's Chairman and CEO(PR Newswire) | 0 |
| 13 | 07/31/2002 | -5.69% | -1.59 | For Biopure Corp. of Cambridge, it's time to put up or shut up.  Today, the company plans to file its long-delayed application to the FDA seeking approval for its blood substitute, Hemopure, which it has worked to perfect for 18-years and is key to the future of the company(The Boston Globe) | 0 |
| 14 | 08/16/2002 | 11.61% | 3.00 | Highlighted in the article, "A Shareholder Activist Has Shaken Up Northfield Laboratories Inc.," is Coates' dissatisfaction with current management for failing to advance its PolyHeme product with the FDA and for dawdling over a decision to line up a partnership with a major pharmaceutical company to capitalize on the blood substitute's potential(PR Newswire) | 0 |
| 15 | 08/20/2002 | 10.00% | 2.60 | Dissident Northfield Laboratories Inc. shareholder C. Robert Coates issued a press release claiming that Zengen Inc. is interested in marrying its technology with PolyHeme(Dow Jones News Service) | 0 |
| 16 | 08/30/2002 | 9.10% | 2.37 | Northfield Laboratories Inc., which is in the midst of a proxy battle with a dissident shareholder, said it has available cash to support operations for at least 18-months but will need additional funding in the future(Dow Jones News Service) | 0 |
| 17 | 09/13/2002 | 6.72% | 1.78 | Northfield Laboratories Inc. has been in "serious" discussions with federal regulators regarding its blood substitute product and is considering 2 new trials to help appease their concerns, Northfield's CEO said Friday(Dow Jones News Service) | 0 |

**NORTHFILED LABS**

Regression analysis - 3/19/2001 - 9/20/2006

# Exhibit B  Event Study Summary

| Regression Window | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|
| 18 | 09/16/2002 | -7.08% | -2.00 | Northfield Laboratories Inc. said on Friday that its shareholders voted in favor of its Director nominees over a slate backed by a dissident shareholder. The company announced the preliminary results of the Board election at its annual meeting. The company plans to issue an announcement with the final election results at a later date. Investors C. Robert Coates and Bert Williams were waging a campaign to gain seats on the Board(Reuters News 09.13.02);  Under pressure from investors, Northfield Laboratories' new CEO vowed Friday to expand his management team and seek a financial partner to help win regulatory approval for the first oxygen-carrying blood substitute(KRTBN Knight-Ridder Tribune Business News: Chicago Tribune 09.14.02) | 0 |
| 19 | 09/17/2002 | 7.04% | 1.85 | Northfield Laboratories Inc. today announced that IVS Associates, the independent inspector of elections at Northfield's September 13 annual meeting of shareholders, had delivered its preliminary report on the voting results from the meeting. According to the IVS report, each of Northfield's 7 Director nominees received more than 6.2M votes, representing approximately 61% of the shares present and entitled to vote at the annual meeting. Each of the 2 Director nominees proposed by dissident shareholder C. Robert Coates received fewer than 3.8M votes. The proposal with respect to the ratification of the appointment of Northfield's Independent Auditors was approved by the required majority vote(PR Newswire) | 0 |
| 20 | 10/01/2002 | -7.94% | -2.26 | BPUR FDA filing accepted (PR News) | 0 |
| 21 | 10/04/2002 | 4.97% | 1.32 | Northfield Laboratories Inc. today announced that IVS Associates, the independent inspector of elections at Northfield's September 13 annual meeting of shareholders, has submitted its certification of the final voting results from the meeting. The certified results confirm that, as previously reported, each of Northfield's 7 Director nominees has been elected by a significant margin. According to the IVS report, each of Northfield's 7 Director nominees received more than 6.3M votes. Each of the 2 Director nominees proposed by C. Robert Coates received 4.4M votes. The proposal to ratify the appointment of Northfield's independent auditors has also been approved overwhelmingly by shareholders(PR Newswire 10.03.02);  Northfield Laboratories Inc. announced today that it is collaborating with the United States Army in developing a treatment IND for the battlefield use of its oxygen carrying blood substitute, PolyHeme. Although the Army has had a long-standing interest in the development of a hemoglobin-based blood substitute, the war on terrorism has led to a greater sense of urgency about | 0 |

**NORTHFILED LABS**
Regression analysis - 3/19/2001 - 9/20/2006

## Exhibit B  Event Study Summary

| Regression Window | | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|---|
| 22 | 10/16/2002 | 8.10% | 2.12 | Northfield Laboratories, Inc. reported a loss, as anticipated, for its 1Q:FY ended August 31, 2002.  As a development stage company, Northfield has no revenues.  For the 1Q Northfield reported a loss of $2.9M, or 20¢ per basic share, compared with a loss of $3.2M or 22¢ per basic share in the year earlier period(PR Newswire);   Northfield Laboratories Inc. announced today that it has submitted a protocol to the United States FDA for the first use of its oxygen-carrying blood substitute, PolyHeme, in civilian trauma to treat severely injured patients before they reach a hospital.  Under the proposal, treatment with PolyHeme will begin at the scene of the injury and continue during transport to the hospital by either ground or air ambulance(PR Newswire) | 1 |
| 23 | 11/12/2002 | 4.18% | 1.12 | Northfield Laboratories Inc. said on Monday the US FDA has asked for more information regarding its blood substitute product, possibly delaying a key clinical trial of the new treatment(Reuters News 11.11.02) | 0 |
| 24 | 01/15/2003 | 12.17% | 3.14 | Northfield Laboratories Inc. announced today 2Q financial results for the quarter ending November 30, 2002.  For the 2Q, Northfield reported a loss of $3.1M, or 22¢ per basic share, compared with a loss of $2.2M or 15¢ cents per basic share for the corresponding quarter of 2002.  At the close of the quarter, the company reported shareholder's equity of $13.4M, with $12.1M in cash and marketable securities(PR Newswire) | 0 |
| 25 | 01/31/2003 | 6.87% | 1.81 | Northfield Laboratories Inc. submitted its response to questions and comments from the FDA regarding its Phase III trial(Dow Jones News Service) | 0 |
| 26 | 03/06/2003 | 13.24% | 3.40 | Northfield Laboratories Inc. announced today that it has received clearance from the US FDA to proceed with its pivotal Phase III pre-hospital trial with PolyHeme, the company's oxygen-carrying blood substitute.  Successful completion of the proposed trial could form the basis for product approval and licensure to market PolyHeme(PR Newswire 03.05.03) | 1 |
| 27 | 04/10/2003 | -6.05% | -1.70 | While Northfield Laboratories Inc. prepares for final-stage clinical trials of its experimental blood substitute in trauma patients, a rival is nearing approval of its product for a different use.  Biopure Corp. expects to hear from the FDA as early as June regarding whether its product, Hemopure, can be used for elective surgeries, the company said(The Chicago Tribune) | 0 |

**NORTHFILED LABS**

# Exhibit B  Event Study Summary

Regression analysis - 3/19/2001 - 9/20/2006

| Regression Window | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|
| 28 | 04/15/2003 | -0.02% | 0.00 | Northfield Laboratories Inc. announced today financial results for the 3Q ending February 28, 2003. Northfield reported a loss of $2.9M, or 20¢ per basic share for the 3Q, compared with a loss of $2.6M, or 18¢ per basic share for the corresponding period last year.  At the close of the quarter, the company reported shareholders' equity of $10.5M, with $9.5M in cash and marketable securities.  The company believes its existing capital resources will be adequate to fund current operating requirements and maintain its existing pilot manufacturing plant and office facilities for approximately the next 6-9-months.  Northfield will require substantial additional capital to continue operations beyond the next 6-9-months and to conduct clinical trials.  The company's current cash position therefore requires disclosure regarding its ability to continue as a going concern(PR Newswire) | 0 |
| 29 | 06/12/2003 | 15.02% | 3.82 | Northfield Laboratories Inc. announced today that it has reached agreement with the US FDA on Special Protocol Assessment (SPA) for its pivotal Phase III pre-hospital trial with PolyHeme, the company's oxygen-carrying blood substitute.  SPA represents acknowledgement and confirmation of a mutual agreement between a clinical trial sponsor and FDA that successful completion of the proposed trial will form the primary basis for an efficacy claim as part of product approval(PR Newswire) | 1 |
| 30 | 06/30/2003 | -4.72% | -1.32 | Northfield Laboratories Inc. filed to sell up to $50M in mixed securities from time to time, according to a shelf filing Friday with the SEC.  Northfield said the mixed securities include common stock, preferred stock, depositary shares, stock purchase contracts, warrants and debt securities.  The company said it intends to use the proceeds from the offering to fund its planned clinical trials and ongoing business operations and for other general corporate purposes(Dow Jones Corporate Filings Alert 06.27.03) | 0 |
| 31 | 07/29/2003 | 7.74% | 2.04 | Northfield Laboratories Inc. announced today the closing of a financing that raised $10.6M in a registered direct offering of common stock.  The terms of the transaction include the option to raise an additional $3.18M within 60-days after completion of the initial share purchase.  The company intends to use the proceeds to support its pivotal Phase III pre-hospital trial with PolyHeme.  SG Cowen Securities Corporation acted as a placement agent for the transaction(PR Newswire) | 0 |
| 32 | 12/22/2003 | 10.40% | 2.70 | Northfield Laboratories Inc. received approval from the Institutional Review Board to begin enrolling patients in a Phase III urban ambulance trial of its blood substitute PolyHeme.  In a press release Monday, the company said it will enroll 720 patients at 20 Level I trauma centers during the trial(Dow Jones News Service) | 1 |

**NORTHFILED LABS**

Regression analysis - 3/19/2001 - 9/20/2006

## Exhibit B  Event Study Summary

| Regression Window | | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|---|
| 33 | 01/06/2004 | 8.48% | 2.22 | Trauma patients receiving treatment at the Regional Medical Center at Memphis may soon have an experimental blood substitute running through their veins.  Up to 50 patients, all 18 or older and at risk of dying due to shock or blood loss, will be part of a year-long study that began Tuesday and has received a rare exemption from federal guidelines governing human research.  The Med is one of 20 trauma centers nationwide participating in the study of PolyHeme, which is being developed by Northfield Laboratories of Evanston, Illinois, as an alternative to blood in emergency situations(Associated Press Newswires) | 1 |
| 34 | 01/14/2004 | -3.00% | -0.83 | Northfield Laboratories Inc. announced today financial results for the 2Q:FY:04, which ended November 30, 2003.  Northfield reported a loss of $3.6M, or 22¢ per share, for the 2Q, compared with a loss of $3.1M, or 22¢ per share, for the corresponding period last year.  At the close of the quarter, the company reported shareholders' equity of $10.5M, with $9.8M in cash.  On December 22, 2003 Northfield announced that it had received the first full approval by an Institutional Review Board (IRB) to proceed with patient enrollment in its pivotal Phase III urban ambulance trial with PolyHeme, the company's oxygen-carrying blood substitute.  Subsequent to that announcement, the company completed the first site initiation prior to the end of the year.  The study has now been initiated at multiple other sites and patient enrollment is underway(PR Newswire) | 0 |
| 35 | 02/06/2004 | 6.13% | 1.62 | In an unusual request by medical researchers, Loyola University Medical Center will soon ask for public permission to test an Evanston company's experimental blood substitute on trauma patients without their consent.  Loyola is one of about 20 trauma centers being asked to conduct the trial by Northfield Laboratories Inc., an Evanston-based biotech company trying to win FDA approval of its blood substitute, PolyHeme(The Chicago Tribune) | 1 |
| 36 | 02/19/2004 | 1.30% | 0.35 | Northfield Laboratories Inc. announced today that investors in its recent registered direct offering have exercised their option to purchase an additional 237,008 shares of common stock, for gross proceeds to Northfield totaling $1,374,646.  Including this option exercise, gross proceeds of the recent offering total $16.4M to date.  Investors in the offering have the right to purchase up to an additional 409,483 shares of Northfield common stock before April 28, 2004.  The offering was made from a shelf registration statement that became effective July 3, 2003(PR Newswire) | 0 |
| 37 | 02/20/2004 | 8.51% | 2.23 | Portland, Ore.-Area Hospitals Consider Substitute Blood for Trauma Patients (The Oregonian); BLOOD PRODUCT DILEMMA ; TRAUMA TREATMENT SAVES LIVES - EVEN WITHOUT CONSENT (Rocky Mountain News); UK WANTS TO STUDY NEW BLOOD SUBSTITUTE; RESEARCHERS WILL ASK RESIDENTS IF EMERGENCY CREWS MAY USE IT (Lexington Herald News) | 1 |

**NORTHFILED LABS**
Regression analysis - 3/19/2001 - 9/20/2006

## Exhibit B  Event Study Summary

| Regression Window | | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|---|
| 38 | 02/23/2004 | 13.31% | 3.41 | This is the rarest of FDA trials, a No Consent Phase 3 trial to approve one of the greatest finds in scientific history, the manufacturing of an oxygen carrying blood substitute; Experimental treatments demand patient consent;Though such products can save lives, they're not proven methods. (AP, a a nubmer of articles);   The PolyHeme story is on the CNN website's top news (CNN) | 1 |
| 39 | 03/09/2004 | -4.16% | -1.16 | Northfield Laboratories reversed off a 52-week high to close down 78¢ at $16.10 on nearly 10 times normal volume.  The blood substitute maker sports an A Accumulation/Distribution Rating, but has yet to post an annual profit, leaving its EPS rating a dismal 22(Investor's Business Daily) | 0 |
| 40 | 03/11/2004 | -2.18% | -0.60 | The Pacific Exchange (PCX) announced that on Friday, March 12, 2004, it will begin trading options on Northfield Laboratories, Inc.(Bloomberg) | 0 |
| 41 | 03/23/2004 | 3.63% | 0.97 | Northfield Laboratories Inc.'s PolyHeme blood substitute is being given by US paramedics in 5 US cities to victims of car crashes and other life-threatening emergencies without first getting their consent, The Washington Post said.  Ambulances and medical helicopters bringing hemorrhaging patients to more than a dozen other hospitals around the country will eventually join the test of the synthetic oxygen-carrying liquid, The Post said(Bloomberg) | 0 |
| 42 | 04/14/2004 | -3.12% | -0.87 | Northfield Laboratories Inc. announced today financial results for the 3Q:FY:04, which ended February 29, 2004.  Northfield reported a loss of $3.5M, or 20¢ per share for the 3Q, compared with a loss of $2.9M or 20¢ per share for the corresponding period last year.  At the close of the quarter, the company reported shareholders' equity of $22.1M, with $21.8M in cash.  "We are delighted that patient enrollment in this groundbreaking study is underway, and we continue to be gratified by the number of investigators, institutions, and communities which have expressed an interest in participating in this trial," said Steven A. Gould, MD, Chairman and CEO(PR Newswire) | 0 |
| 43 | 04/15/2004 | -2.55% | -0.70 | Northfield Laboratories Inc. was rated new "buy" in new coverage by analyst Gary Hobbib at Whitaker Securities LLC.  The 12-month price target is $24.50 per share(Bloomberg) | 0 |
| 44 | 04/16/2004 | -6.75% | -1.91 | Northfield Laboratories Inc. announced today that investors in its January registered direct offering have exercised their option to purchase an additional 409,483 shares of common stock, for gross proceeds to Northfield totaling $2.3M.  The company has received approximately $29.3M in gross proceeds from equity sales this FY(PR Newswire 04.15.04) | 0 |
| 45 | 05/13/2004 | -0.77% | -0.21 | Northfield Laboratories Inc. announced today that it has obtained commitments to purchase $23.4M of its common stock in a registered direct offering.  Under the terms of the transaction, Northfield will sell approximately 1.95M shares of its common stock at $12 per share to a group of institutional investors(PR Newswire) | 0 |

**NORTHFILED LABS**

**Exhibit B  Event Study Summary**

Regression analysis - 3/19/2001 - 9/20/2006

| Regression Window | | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|---|
| 46 | 05/17/2004 | 1.50% | 0.41 | Northfield Laboratories Inc., a leading developer of a blood substitute for use in urgent, life-threatening blood loss, announced today that the company will be added to the NASDAQ Biotechnology Index effective as of May 24, 2004(PR Newswire) | 0 |
| 47 | 06/04/2004 | -4.26% | -1.19 | The following transactions were reported by Marc D. Doubleday of Northfield Laboratories Inc. on a Form 4 filed with the SEC on June 3, 2004: exercised 6,000 shares of Northfield Laboratories, Inc. on 06/01/04; sold 6,000 shares of Northfield Laboratories, Inc. on 06/03/04.  His directly held remaining holdings are 2,500 shares of Northfield Laboratories, Inc.(Bloomberg 06.03.04) | 0 |
| 48 | 06/28/2004 | 2.03% | 0.55 | Northfield Laboratories Inc. has been added to the Russell 3000 Index as of June 25, 2004, according to the final list of additions issued by Russell Investment Group.  Membership in the Russell 3000 means automatic inclusion in either the Large-Cap Russell 1000 Index or Small-Cap Russell 2000 Index(PR Newswire) | 0 |
| 49 | 07/21/2004 | 2.74% | 0.74 | Northfield Laboratories Inc. announced today that an independent data monitoring committee (IDMC) has recommended that the company's pivotal Phase III Study with PolyHeme continue without modification.  The recommendation of the IDMC came after its initial review of blinded data on mortality and serious adverse events in the study(PR Newswire) | 0 |
| 50 | 08/17/2004 | -1.37% | -0.38 | Northfield Laboratories Inc. announced today financial results for the 4Q:FY and year-ended May 31, 2004.  Northfield reported a loss of $4.6M, or 24¢ per share, for the 4Q:FY, compared with a loss of $3.3M, or 23¢ per share, for the corresponding period last year.  For the FY, Northfield reported a net loss of $14.6M, or 86¢ per share, compared with a net loss of $12.3M, or 86¢ per share, for the prior FY.  The company reported shareholders' equity of $41.6M, with $42.5M in cash and marketable securities. "This has truly been a productive year for Northfield," said Steven A. Gould, MD, Chairman and CEO.  "We achieved key regulatory, clinical, and financial goals.  Our Phase III trial is well underway and we are positioned for continued progress toward the commercialization of PolyHeme in the year ahead."(PR Newswire) | 0 |
| 51 | 08/26/2004 | 1.48% | 0.40 | Northfield Laboratories Inc. announced today that it will receive $1.4M in designated funding for the continued development of PolyHeme, the company's human hemoglobin-based blood substitute, as part of the Fiscal 2005 Defense Appropriations Bill recently signed by President Bush(PR Newswire) | 0 |
| 52 | 10/13/2004 | -2.12% | -0.59 | Northfield Laboratories Inc. announced today financial results for the 1Q:FY:05, which ended August 31, 2004.  Northfield reported a loss of $4.9M, or 23¢ per basic and diluted share for the 1Q, compared with a loss of $2.9M, or 20¢ per basic and diluted share for the corresponding period last year(PR Newswire 10.12.04);  In the 1Q:05 Northfield Laboratories Earnings Conference Call, Dr. Steven Gould stated that they had received the favorable recommendation of the Independent Data Monitoring Committee (IDMC) to continue Phase III trial of PolyHeme without modification(The Wall Street Transcript) | 0 |

**NORTHFILED LABS**

**Exhibit B  Event Study Summary**

Regression analysis - 3/19/2001 - 9/20/2006

| Regression Window | | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|---|
| 53 | 10/18/2004 | -2.01% | -0.56 | Northfield Laboratories Inc. said last week its blood substitute, PolyHeme, has received approval for continued human testing.  The Evanston-based biotech company has spent nearly 20-unprofitable-years developing the blood substitute.  An independent data monitoring committee recommended that Northfield move forward into the Phase III trial where the blood substitute is being tested in severely bleeding patients at several hospitals around the country.  Nearly 100,000 people die from bleeding injuries each year nationwide, giving the product a large market in life-saving situations if it is approved(Chicago Daily Herald 10.17.04) | 0 |
| 54 | 11/08/2004 | 13.57% | 3.47 | Northfield Laboratories has been developing PolyHeme for nearly 20-years.  During that time, close to a dozen other firms, including Baxter Laboratories, developed competing products but most abandoned them in earlier trials.  Industry watchers are optimistic PolyHeme will prove successful in the current trial.  But some say even with good results, getting FDA approval could be challenging(Nightly Business Report) | 1 |
| 55 | 11/09/2004 | 10.81% | 2.80 | Blood Substitute; Committee recommends PolyHeme trial continue without modification (Science Letter, Cardiovascular Bus Week; other articles late 11/5 and 11/8); The commissioners entered into a contract with Duke University that will allow Durham County Emergency Medical Services to participate in a study using polyheme, a blood substitute product, on patients who have lost large amounts of blood. (The Herald-Sun (Durham)); Dr. Gould interview on Nightly Business Report  (Analyst Wire, 11/8) | 1 |
| 56 | 11/29/2004 | 5.88% | 1.56 | Northfield Laboratories Inc. announced today that it has appointed Laurel A. Omert, MD, a trauma surgeon, as Chief Medical Officer.  Dr. Omert is currently Associate Professor of Surgery at Drexel University and Associate Director of Trauma at Allegheny General Hospital, both in Pittsburgh, Pennsylvania(PR Newswire) | 0 |
| 57 | 12/27/2004 | -3.09% | -0.86 | Northfield Laboratories Inc. may periodically sell up to $100M in debt, common stock, preferred stock, depositary shares and other securities, according to a regulatory filing on Thursday.  The Evanston, Illinois-based maker of an alternative to transfused blood said it plans to use the proceeds to fund its clinical trial and to prepare and submit its application to FDA, and other uses to prepare for the commercial launch of its product PolyHeme, according to the filing with the US SEC(Reuters News 12.23.04) | 0 |
| 58 | 12/30/2004 | 11.75% | 3.03 | Northfield Laboratories, can charge a premium price.  Ben Andrew is a medical technology analyst with William Blair & Company, a firm that makes no recommendations on Northfield's stock.  The market for PolyHeme could be $2B a year worldwide, but it will take time for Northfield to change habits in the medical world.  Safety could also be an issue(Minnesota Public Radio: Marketplace) | 1 |
| 59 | 01/04/2005 | 5.63% | 1.49 | Northfield Laboratories has chosen 20 cities across the country for clinical trials of its blood substitute, PolyHeme(Bloomberg) | 1 |

**NORTHFILED LABS**
Regression analysis - 3/19/2001 - 9/20/2006

## Exhibit B  Event Study Summary

| Regression Window | | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|---|
| | | | | Northfield Laboratories Inc. announced today financial results for the 2Q:FY:05, which ended November 30, 2004.  Northfield reported a loss of $4.9M, or 23¢ per basic and diluted share for the 2Q, compared with a loss of $3.6M or 22¢ per basic and diluted share for the corresponding period last year.  As expected, significant increases in operating expenses were incurred to conduct, expand, report and support our pivotal Phase III trial.  At the close of the quarter, the company reported shareholders' equity of $33.4M, with $33.9M in cash(PR Newswire 01.10.05) | |
| 60 | 01/11/2005 | -4.18% | -1.16 | | 0 |
| | | | | Northfield Laboratories Inc. announced that it hopes to complete patient enrollment in the clinical trial of its blood substitute, PolyHeme, by the end of the year, and reported positive progress in the trial, the last requirement for FDA approval.  Evanston-based Northfield, which has no products and no revenues, lost $4.9M, or 23¢ per basic and diluted share, in the 2Q ended November 30, compared with a loss of $3.6M, or 22¢ per basic and diluted share, in the prior year period(Chicago Daily Herald);  Duke University has put off study of a potentially lifesaving blood substitute for trauma victims while it examines a state law that requires patient consent for clinical trials, officials said. Duke wanted to become the 17th medical center across the country to participate in the clinical study of PolyHeme, a blood substitute manufactured by Northfield Laboratories in Evanston, Ill. Northfield says its product lasts more than a year without the refrigeration required for blood and can be manufac-tured from red cells that have to be discarded by blood banks. The wine-red product doesn't have a type and contains oxygen-carrying her | |
| 61 | 01/12/2005 | -5.74% | -1.61 | | 1 |
| | | | | Northfield Laboratories Inc. announced today that it has filed a prospectus supplement with the SEC related to an underwritten offering of 3.5M shares of its common stock under an existing shelf registration statement.  In connection with the offering, Northfield Laboratories expects to grant the underwriters a 30-day option to purchase up to 525,000 additional shares to cover over-allotments, if any(PR Newswire 01.19.05; filing late in trade day) | |
| 62 | 01/19/2005 | -6.90% | -1.95 | | 0 |
| | | | | Northfield Laboratories Inc. announced today that it has filed a prospectus supplement with the SEC related to an underwritten offering of 3.5M shares of its common stock under an existing shelf registration statement.  In connection with the offering, Northfield Laboratories expects to grant the underwriters a 30-day option to purchase up to 525,000 additional shares to cover over-allotments, if any(PR Newswire 01.19.05) | |
| 63 | 01/20/2005 | 0.19% | 0.05 | | 0 |
| | | | | Northfield Laboratories Inc. announced today that it has priced its offering of 4.5M shares of common stock at a public offering price of $15 per share under an existing shelf registration statement.  The offering was increased by 1M shares over the proposed offering announced January 19, 2005.  Northfield expects to receive gross proceeds of approximately $67.5M from the sale of 4.5M shares of common stock(PR Newswire) | |
| 64 | 02/04/2005 | 6.91% | 1.82 | | 0 |

**NORTHFILED LABS**                                    Exhibit B  Event Study Summary
Regression analysis - 3/19/2001 - 9/20/2006

| Regression Window | | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|---|
| 65 | 02/07/2005 | -2.04% | -0.56 | Northfield Laboratories Inc. announced today that that the underwriters of its previously announced offering of common stock have exercised in full their over-allotment option and agreed to purchase an additional 675,000 shares of common stock.  After exercising the over-allotment option, the underwriters have agreed to purchase a total of 5.175M shares of Northfield's common stock(PR Newswire) | 0 |
| 66 | 02/09/2005 | -5.56% | -1.56 | Northfield Laboratories Inc. announced today the completion of its previously announced offering of 4,500,000 shares of common stock and the over-allotment option of 675,000 additional shares. The completed offering, for a total of 5,175,000 shares of common stock, resulted in gross proceeds to the Company of approximately $77.6 million. UBS Investment Bank acted as sole book-running manager in this offering. SG Cowen acted as co-lead manager and Harris Nesbitt acted as co-manager(PR Newswire) | 0 |
| 67 | 04/05/2005 | 8.83% | 2.31 | Northfield Laboratories Inc. was rated new "outperform" in new coverage by analyst Eli M. Kammerman at Cathay Financial.  The 12-month price target is $16 per share(Bloomberg) | 1 |
| 68 | 04/11/2005 | 31.62% | 7.50 | Northfield Laboratories Inc., which is developing a blood substitute for use in emergencies, said on Monday an independent safety panel reviewed death rates in a late-stage study of the product and recommended the trial continue without change, sending shares of Northfield soaring.  The Evanston, Illinois-based company, whose shares rose more than 26%, said the panel's decision to continue the trial marked the first time such a product has passed this safety evaluation step in a late-stage clinical trial.  Shares of Northfield rose $3.18 to $15.15 in Monday morning trading on the NASDAQ(Reuters News) | 1 |
| 69 | 04/12/2005 | -2.59% | -0.72 | Northfield Laboratories Inc. announced today financial results for the 3Q:FY:05, which ended February 28, 2005.  Northfield reported a loss of $4.8M, or 21¢ per basic and diluted share for the 3Q, compared with a loss of $3.5M, or 20¢ per basic and diluted share for the corresponding period last year.  As expected, significant increases in operating expenses were incurred to conduct, expand, report, and support our pivotal Phase III trial.  At the close of the quarter, the company reported shareholders' equity of $101.4M, with $102.3M in cash and marketable securities(PR Newswire 04.11.05) | 0 |
| 70 | 04/19/2005 | 0.33% | 0.09 | Cowen & Co. initiated coverage of Northfield Labs.  The EPS estimates range from (88¢) in 2005 to (80¢) by 2008(Analyst Report) | 1 |

**NORTHFILED LABS**                                    Exhibit B  Event Study Summary
Regression analysis - 3/19/2001 - 9/20/2006

| Regression Window | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|
| 71 | 04/25/2005 | 5.95% | 1.58 | Northfield Laboratories has reported a loss of $4.8 million, or $ 0.21 cents per basic and diluted share, for the third quarter of 2004, compared with a loss of $3.5 million, or $0.20 cents per basic and diluted share for the corresponding period last year. As the US firm expected, the quarter saw significant increases in operating expenses for its pivotal Phase III trial designed to evaluate the safety and efficacy of PolyHeme, its human hemoglobin-based oxygen-carrying resuscitative fluid, for patients in hemorrhagic shock following traumatic injuries. At the close of the quarter, the company, which raised gross proceeds of $77.6 million in February, reported shareholders' equity of $101.4 million, with $102.3 million in cash and securities. The firm notes that, as a development-stage company, it does not directly generate revenues(Pharma Marketletter);  An Independent Data Monitoring Committee has recommended that Northfield Laboratories' pivotal Phase III trial of PolyHeme, its hemoglobin-based oxygen-carrier resuscitative fluid, should continue without modification, fol-lowing an interim data analysis(Pharma Marketle | 0 |
| 72 | 04/26/2005 | -2.13% | -0.59 | Northfield Laboratories Inc. was rated new "neutral" in new coverage by analyst John Boris at Harris Nesbitt.  The 12-month price target is $12 per share(Bloomberg) | 0 |
| 73 | 06/06/2005 | 0.67% | 0.18 | Steven Gould has sucked up millions of investors' dollars to develop a blood substitute. Why hasn't it been approved? Surgeon Steven Gould has spent the last quarter of a century developing a blood substitute that might be as safe and effective as O negative, the universal donor type. Chances are he'll never find out because he can never seem to get enough human subjects to prove a clinical benefit. Northfield Laboratories, the company he cofounded in 1985, has posted $140 million in cumulative losses without selling a drop of the stuff. Where did he get the money? From investors who believed that approval from the Food & Drug Administration was just around the corner. Gould hasn't lost the faith. "We believe this product has the potential to revolutionize how we treat trauma," says Gould, 57(Forbes) | 0 |
| 74 | 06/28/2005 | 13.44% | 3.44 | UBS initiated Northfield Laboratories Inc. with a "buy" stock rating and a $17 share price target.  Shares in the Evanston, Illinois-based company surged 13.1%, or $1.59, to $13.77 in morning trading on the NASDAQ.  In a research note, analyst Patrick Pace said he expects Northfield's PolyHeme, a blood substitute used in emergencies, to be approved by the US FDA in mid-2007(Analyst Report) | 1 |
| 75 | 07/05/2005 | 3.88% | 1.04 | Beginning of SG Cowen Health Care Policy Conference(Analyst Report) | 1 |
| 76 | 07/06/2005 | -8.55% | -2.44 | Analyst event and disclosure of PolyHeme study results (Analyst Report, 7/7); Northfield CEO reports that 20 clinical trial sites are enrolling patients(PR Newswire) | 1 |
| 77 | 07/07/2005 | 2.39% | 0.64 | SG Cowen discussion of analyst event on July 6 (Analyst Report) | 1 |

**NORTHFILED LABS**
Regression analysis - 3/19/2001 - 9/20/2006

**Exhibit B  Event Study Summary**

| Regression Window | | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|---|
| 78 | 07/18/2005 | -1.04% | -0.28 | Duke Hospital will begin a study in which critically injured patients could receive a blood substitute without their consent.  The study has been in the works for more than a year but was delayed after the state Attorney General's Office halted the plan because of a conflict between state and federal research rules.  Northfield Laboratories Inc. of Evanston, Illinois, manufacturer of PolyHeme, is paying for the study(The News & Observer);   The synthetic blood being developed by Northfield Laboratories Inc. of Evanston, Illinois is being tested in cases of severe injury involving bleeding.  Silkworth, 26, of Allentown was severely injured February 26 when his car crashed under an overpass in Maxatawny Township.  His liver had been slashed open by his seat belt in the impact.  The medics on the helicopter began pumping the synthetic blood into him as they left the ground.  "If they wouldn't have been able to use that in the helicopter I wouldn't have made it to the hospital," Silkworth said.  A doctor from Lehigh Valley Hospital near Allentown says there is a good chance Silkworth is right.  "It's possible, but | 1 |
| 79 | 07/19/2005 | 0.10% | 0.03 | Brooke Army Medical Center may soon become part of an ongoing national study to test an experimental but potentially life-saving blood substitute, Northfield's Polyheme(San Antonio Express-News) | 0 |
| 80 | 07/20/2005 | -1.64% | -0.45 | Northfield Laboratories Inc., of Evanston, Illinois, PolyHeme requires no cross matching, making it immediately available and compatible with all blood types, and has an extended shelf-life of more than 12-months.  An Army initiative to test a blood substitute in San Antonio may eventually help soldiers on the battlefield.  Brooke Army Medical Center and University Hospital will participate in a national clinical trial to evaluate the safety and usefulness of PolyHeme, an oxygen-carrying blood substitute designed to increase the survival of critically injured and bleeding patients(US Fed News) | 1 |
| 81 | 08/08/2005 | -2.05% | -0.57 | Cowen relates meeting with NFLD regarding Phase III trauma trial. Predicted by NFLD, that will have Phase III data by fall(Analyst Report) | 1 |
| 82 | 08/16/2005 | -3.48% | -0.97 | Northfield Laboratories Inc. announced today financial results for the 4Q:FY and year-ended May 31, 2005.  Northfield reported a loss of $5.7M, or 21¢ per share, for the 4Q:FY, compared with a loss of $4.6M, or 24¢ per share for the corresponding period last year.  For the FY, Northfield reported a net loss of $20.3M, or 88¢ per share, compared with a net loss of $14.6M, or 86¢ per share, for the prior FY.  The company reported shareholders' equity of $95.8M, with $98.1M in cash and marketable securities(PR Newswire 08.16.05) | 0 |
| 83 | 10/10/2005 | 0.21% | 0.06 | SG Cowen anticipates a positive outcome for NFLD's 500 patient interim safety assessment(Analyst Report) | 0 |

**NORTHFILED LABS**
**Exhibit B  Event Study Summary**
Regression analysis - 3/19/2001 - 9/20/2006

| Regression Window | | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|---|
| | | | | Northfield Laboratories Inc. announced financial results for the 1Q:FY:06, which ended August 31, 2005.  Northfield reported a loss of $5.8M, or 22¢ per share for the 1Q, compared with a loss of $4.9M or 23¢ per share for the corresponding period last year. As expected, increases in operating expenses were incurred to conduct, expand, and support our pivotal Phase III trial.  In addition, expenses increased for legal and accounting services in connection with Sarbanes-Oxley internal controls compliance work.  At the close of the quarter, the company reported shareholders' equity of $90.1M, with $91.8M in cash and marketable securities.  As a development stage company, Northfield does not generate revenue(Bloomberg 10.11.05) | |
| 84 | 10/12/2005 | -5.12% | -1.43 | | 0 |
| 85 | 10/13/2005 | -1.64% | -0.45 | SG Cowen believes NFLD will achieve full enrollment in its Phase III trial by the end of Q1 '06(Analyst Report) | 1 |
| 86 | 11/15/2005 | 8.09% | 2.12 | Northfield Laboratories Inc. announced today that the Independent Data Monitoring Committee (IDMC) has recommended that the company's pivotal Phase III trial with PolyHeme continue without modification following the fourth planned interim analysis of the study data.  The IDMC reviewed blinded data on mortality in the first 500 patients enrolled in the study.  This is the first time a hemoglobin-based oxygen-carrying resuscitative fluid has successfully passed this patient evaluation milestone in the high-risk trauma population(Bloomberg);  Northfield Laboratories Inc. announced today that the Independent Data Monitoring Committee (IDMC) has recommended that the Company's pivotal Phase III trial with PolyHeme(R) continue without modification following the fourth planned interim analysis of the study data. The IDMC reviewed blinded data on mortality in the first 500 patients enrolled in the study. This is the first time a hemoglobin-based oxygen-carrying resuscitative fluid has successfully passed this patient evaluation milestone in the high-risk trauma population. "This is a key | 1 |
| 87 | 12/21/2005 | 1.08% | 0.29 | Starting this week, Utah emergency crews may administer an oxygen-carrying blood substitute to help keep injured people alive.  The product would be used at the scenes of traumatic injuries and severe bleeding in place of the usual intravenous saline solution. University and LDS hospitals are participating in a 25-center national clinical trial of PolyHeme, a hemoglobin-based, oxygen-carrying blood substitute made by Northfield Laboratories of Evanston, Illinois(Associated Press Newswires) | 0 |
| 88 | 12/23/2005 | -1.71% | -0.47 | Portland researchers have suspended their plans to test a blood substitute on unconscious patients, after 2-years of trying unsuccessfully to get local approval for the experiment.  Researchers with Legacy Health System and Oregon Health & Science University had hoped to make Portland one of the couple dozen US sites testing PolyHeme.  That product, made of hemoglobin processed from expired blood donations, is designed to be given to trauma victims instead of saline solution or blood(Associated Press Newswires) | 0 |

**NORTHFILED LABS**

**Exhibit B  Event Study Summary**

Regression analysis - 3/19/2001 - 9/20/2006

| Regression Window | | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|---|
| 89 | 01/03/2006 | 0.46% | 0.13 | Northfield Laboratories Inc. announced that it will receive $3.5M in designated funding for the continued development of PolyHeme, the company's human hemoglobin-based oxygen carrier, as part of the Fiscal 2006 Defense Appropriations Bill recently signed by President Bush(Bloomberg) | 1 |
| 90 | 01/06/2006 | -7.10% | -2.01 | Northfield Laboratories Inc. was downgraded to "neutral 2" from "buy 2" by analyst Patrick Pace at UBS.  The price target is $15 per share. UBS said although PolyHeme's Phase III clinical trial had proven to be safe so far, there was a potential safety risk in patients who were generally more frail, which could limit the product's use. (Bloomberg) | 1 |
| 91 | 01/09/2006 | 2.25% | 0.61 | Attorneys for Evanston-based Northfield Laboratories Inc. convinced a California judge to bar a local newspaper from publishing information about clinical trials under way involving its experimental blood substitute.  Saying publishing certain details would jeopardize Northfield Laboratories' trade secrets, Superior Court Judge Joan M. Lewis issued a rare temporary order barring the San Diego Reader from publishing information about the company's project.  The newspaper obtained information about the trial under the California Public Records Act(Chicago Tribune 01.07.06) | 1 |
| 92 | 01/10/2006 | -2.77% | -0.77 | Northfield Laboratories Inc. announced today financial results for the 2Q:FY:06, which ended November 30, 2005.  Northfield reported a loss of $6.3M, or 23¢ per share for the 2Q, compared with a loss of $4.9M, or 23¢ per share for the corresponding period last year.  As expected, increases in operating expenses were incurred to conduct, expand, and support our pivotal Phase III trial.  At the close of the quarter, the company reported shareholders' equity of $83.9M, with $86.1M in cash and marketable securities(PR Newswire 01.09.06) | 0 |
| 93 | 01/11/2006 | -0.55% | -0.15 | The University of Kentucky is continuing to take part in a national clinical Phase III trial, along with 27 other trauma centers across the country, to evaluate the ability of an investigational blood substitute to reduce mortality among severely injured trauma patients.  Nationally, approximately 600 patients have been enrolled in the study as of December 31, 2005(FDA News Drug Pipeline Alert) | 0 |

**NORTHFIELD LABS**

**Exhibit B  Event Study Summary**

Regression analysis - 3/19/2001 - 9/20/2006

| Regression Window | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|
| 94 | 02/22/2006 | -5.10% | -1.43 | Northfield Laboratories Inc.'s PolyHeme is being retested with FDA consent several years after trials of the blood substitute yielded worrisome results, The Wall Street Journal reported.  The trials are being conducted without the consent of trauma patients, the Journal reported.  Of the 81 patients given the fake blood several years ago, 10 had a heart attack within a week, the newspaper said.  The FDA has authorized Northfield to test the blood substitute without the consent of patients, who are often unconscious, provided the 31 medical centers conducting tests advise the local community, The Journal reported(Bloomberg);   Northfield Laboratories on Wednesday said it "strongly disputes" a Wall Street Journal article that called into question the safety of its experimental blood substitute, the company's only product.  In a statement, the Evanston, Illinois-based company said it particularly disagrees with the characterization that it did not disclose results of this clinical trial.  It added that all of the data from its trial that closed in 2000 were reported to the US FDA, adding that serious adverse events wer | 1 |
| 95 | 02/23/2006 | -2.61% | -0.72 | Evanston-based Northfield Laboratories' stock was battered Wednesday after the Wall Street Journal reported that some patients suffered heart attacks and died in an earlier clinical trial of the company's blood substitute, PolyHeme. Citing internal Northfield documents, the newspaper reported Wednesday 10 of 81 patients who received PolyHeme suffered a heart attack within seven days of receiving it, and two died. None of the 71 patients in the trial who received real blood had heart attacks. The trial also suggested the product was linked with other serious adverse events such as heart rhythm aberrations and pneumonia, the newspaper reported. These events occurred in 54 percent of the PolyHeme patients vs. 28 percent in the control group, the paper said. The company quietly shut down the trial, launched in the late 1990s, and didn't publicly disclose the results, the paper reported, a contention disputed Wednesday by Northfield, which is in the midst of another trial on the product that has generated controversy(Chicago Sun-Times) | 1 |
| 96 | 02/24/2006 | -7.14% | -2.02 | Senator Charles Grassley, the Chairman of the US Senate's Finance Committee, is looking into how Northfield Laboratories Inc. and how federal regulators handled the clinical trial of a blood substitute, The Wall Street Journal reported.  Grassley questions whether the 720 patients in the trial were made aware of all possible negative effects of the PolyHeme treatment, the newspaper said, citing a draft letter to be sent to acting FDA Commissioner, Andrew von Eschenbach.  As part of the study, hemorrhaging patients are given either PolyHeme or saline solution and human red blood cells, the Journal said.  The lawmaker questioned whether it's appropriate to administer PolyHeme without patients' consent, the newspaper said, adding that the FDA allows some products to be tested without the usual consent procedure, to test their efficacy in trauma situations(Bloomberg);   Northfield Laboratories issued a statement verifying that the Phase III trial for PolyHeme used for the treatment of urgent, large volume blood loss in trauma and resultant surgical settings, continues. The statement is in response to news re | 1 |

**NORTHFILED LABS**

Regression analysis - 3/19/2001 - 9/20/2006

# Exhibit B  Event Study Summary

| Regression Window | | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|---|
| 97 | 02/27/2006 | 1.36% | 0.37 | USA-based Northfield Laboratories says that the status of the pivotal Phase III trial of its oxygen-carrying, blood type-neutral resuscitative fluid, PolyHeme, is unchanged despite safety questions raised by Iowa's Senator Charles Grassley about the trauma trial research protocol. Northfield says it "is committed to assuring that the study is performed in accordance with all applicable regulations, with [US Food and Drug Administration] and [Independent Review Board] oversight, and with the utmost concern for patient safety."(Pharma Marketletter);  Northfield Laboratories Inc. (Nasdaq: NFLD) announced today the appointment of Alan L. Heller, a healthcare industry veteran, to its Board of Directors(Business Wire, Inc);  Shares of Northfield Laboratories Inc. dropped 16% last week after a Wall Street Journal article raised safety questions related to a study of the Evanston-based company's blood substitute PolyHeme. The story said that 10 of 81 patients given the product in a 2000 trial had a heart attack within a week. Northfield didn't publicly disclose those results, according to the paper, which cited internal company | 1 |
| 98 | 03/01/2006 | 1.79% | 0.49 | The management of Northfield Laboratories Inc. issued the following statement in response to a Commentary (and subsequent media coverage of the Commentary) published in the March-April issue of the journal IRB: Ethics & Human Research entitled, "Trials and Errors: Barriers to Oversight of Research Conducted under the Emergency Re-search Consent Waiver." The Commentary and coverage in question make errors of fact in the discussion of the ongoing Pivotal Phase III trauma trial. 1) It is incorrect to refer to PolyHeme as "fake blood." PolyHeme is a human hemoglobin-based oxygen-carrying red cell substitute. 2) The study is being conducted under a federal regulation (21CFR 50.24), which allows a waiver of informed con-sent in emergency research if specific criteria are met. The protocol meets these criteria. 3) We have adhered scrupulously to the rule and its published Guidance for Institutional Review Boards, Clinical Investigators, and Sponsors. 4) 32 Institutional Review Boards at Level I trauma centers throughout the country have reviewed and approved the protocol. Level I trauma | 1 |
| 99 | 03/02/2006 | 0.32% | 0.09 | The management of Northfield Laboratories Inc. issued a statement in response to a commentary (and subsequent media coverage of the commentary) published in the March-April issue of the Journal IRB: Ethics & Human Research entitled, "Trials and Errors: Barriers to Oversight of Research Conducted under the Emergency Research Consent Waiver"(Business Wire);  Imagine being in a car crash, lying unconscious and bleeding in an ambulance. With no blood on board, paramedics give you an experimental substitute, but even at the hospital, you get fake blood for several hours before doctors try the real thing. Medical ethicists say a study that is doing just that on hundreds of trauma patients without their consent should be halted. It's a renewed attack on research that began in 2004 after Northfield Laboratories got federal approval for its study of the blood substitute Polyheme. Debate was reignited by a Wall Street Journal story last week that suggested the company tried to hide some crucial details about another blood substitute study back in 2000. The Journal reported that 10 heart surgery | 1 |

**NORTHFILED LABS**                                    **Exhibit B  Event Study Summary**
Regression analysis - 3/19/2001 - 9/20/2006

| Regression Window | | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|---|
| 100 | 03/06/2006 | 0.32% | 0.09 | 2 Utah hospitals stopped their participation in a national clinical study in which synthetic blood is administered to some trauma patients(Associated Press Newswires) | 1 |
| 101 | 03/08/2006 | 1.28% | 0.35 | Northfield Laboratories Inc. reported that its ongoing pivotal Phase III trial is more than 85 percent complete. Northfield is developing a human hemoglobin-based oxygen-carrying red cell substitute, Poly-Heme(R), for the treatment of urgent, large volume blood loss in trauma and resultant surgical settings. Steven A. Gould, M.D., Chairman and Chief Executive Officer, made a presentation to investors this morning at the Cowen & Company Health Care Conference in Boston. Dr. Gould noted that the current study is based on two po-tential life-saving benefits. "The first life-saving opportunity is based on starting infusion of an oxygen-carrying fluid at the scene of injury, where blood is not available, and continuing during transport to the hospital," he said. "The second potential benefit is the opportunity to improve the outcome associated with the use of donated blood in the early hospital period in critically injured patients," he continued. Dr. Gould noted that there is a growing body of scientific evidence pointing to the adverse immunomodulatory ef-fects of early blood transfusion in trauma patients, namely the incid | 1 |
| 102 | 03/10/2006 | -10.70% | -3.09 | Northfield Laboratories Inc. is being criticized by a US agency on ethical concerns over a study of a blood substitute being given to trauma patients without their consent, The Wall Street Journal reported.  US Senator Charles Grassley, an Iowa Republican, said the Office for Human Research Protections had expressed urgent concerns about a study of the blood substitute PolyHeme, but declined to elaborate, the newspaper said.  Senate Finance Committee investigators plan to meet today with agency officials to hear their concerns, the newspaper said.  The agency is part of the Department of Health and Human Services, the newspaper said(Bloomberg);  A little-known federal agency charged with protecting patients in medical research has expressed ethical concerns about a study of a Northfield Laboratories Inc. blood substitute being given to hundreds of trauma patients without their consent. Criticism of the 720-patient trial has been mounting from doctors and medical-ethics officials as a key senator is investigating the Northfield trial. Two hospitals participating in the study have suspended enrolling patients | 1 |

**NORTHFIELD LABS**
**Exhibit B  Event Study Summary**
Regression analysis - 3/19/2001 - 9/20/2006

| Regression Window | | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|---|
| 103 | 03/13/2006 | 1.31% | 0.36 | The Utah Department of Health decided that a clinical study involving the transfusion of an experimental blood substitute in trauma patients is safe and ethical, despite mixed conclusions by two local hospitals participating in the trial. The department could have restricted participating emergency first-responders from injecting patients with PolyHeme, but instead voted 6-to-1 to defer to University Hospital's decision to proceed with the study. Board member Laurie Baksh abstained, saying she wanted to hear more from LDS Hospital, which has postponed its study citing scientific and ethical considerations. Testing was placed on hold late last month at both hospitals after the Wall Street Journal reported the maker of PolyHeme, Northfield Laboratories, tried to hide crucial details about a 2000 blood-substitute study. The Journal reported that 10 heart surgery patients in that experiment had experienced heart attacks, while other patients given actual blood did not. The Department of Health board contends that details from the 2000 study were disclosed to the hospitals. Stephen Morris, University H | 1 |
| 104 | 03/14/2006 | -5.96% | -1.67 | The ongoing study of the Northfield Laboratories Inc. blood substitute PolyHeme is unethical, officials from the Office for Human Research Protection told the staff of Senator Charles Grassley, the Iowa Republican, Monday in a letter to Health and Human Services Secretary Mike Leavitt.  Grassley wrote Leavitt after a Friday meeting between his staff on the Senate Finance Committee and officials from the low-profile federal agency chartered with ensuring the responsible conduct of research involving humans. Those officials began raising concerns about the PolyHeme trial with their colleagues from the FDA in June 2004, according to Grassley.  Both the agency and the FDA, which approved the trial, are part of the Health and Human Services Department.  Office for Human Research Protection officials told Grassley's staff that they would never have approved the PolyHeme study, Grassley wrote Leavitt.  Friday's meeting came amid public concerns about the safety of the blood substitute following a February 22 report in The Wall Street Journal.  The newspaper reported that Northfield has pushed to continue | 1 |
| 105 | 03/15/2006 | 4.01% | 1.07 | Shares of Northfield Laboratories Inc. recovered somewhat  after the blood substitute maker maintained it is following federal regulations to allow researchers to use its product in life-threatening situations without patient consent.  The company issued a statement in response to a published letter from the head of the Senate Finance Committee Charles Grassley (R-Iowa) to Health and Human Services Secretary Mike Leavitt asking why the FDA was allowing clinical trials on the blood substitute PolyHeme to continue when staff at Office for Human Research Protection had called the clinical trial "unethical."  Northfield said it is operating under a regulation enacted in 1996 where a patient's informed consent can be waived during life-threatening situations when that consent cannot be obtained, and when the current therapy is unproven or unsatisfactory(Associated Press Newswires) | 1 |

**NORTHFILED LABS**
Regression analysis - 3/19/2001 - 9/20/2006

# Exhibit B  Event Study Summary

| Regression Window | | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|---|
| 106 | 03/17/2006 | 2.65% | 0.71 | Northfield Laboratories announced today that it has received an informal request to voluntarily provide certain information to the staff of the SEC's Midwest Regional Office relating to the clinical development of its PolyHeme product for elective surgery.  The company has contacted the SEC and intends to respond to the request(Bloomberg 03.16.06) | 1 |
| 107 | 03/20/2006 | -3.63% | -1.01 | Investors filed a class action complaint in the District Court for the Northern District of Illinois against Northfield Laboratories Inc. and its CEO Steven A. Gould.  The investors seek to represent a class of Plaintiffs who purchased Northfield securities from February 20, 2004-February 21, 2006.  The investors assert claims against the Defendants for violation of Section 10(b) of the Securities Exchange Act of 1934, 15 USC 78j(b) and SEC Rule 10b-5 and Section 11 of the Securities Act of 1933, 15 USC 77k.  The complaint also states claims against Gould for violation of Section 20(a) of the Securities Exchange Act, 15 USC 78t(a) and Section 15 of the Securities Act, 15 USC 77o(Bloomberg);  Three medical researchers, in an open letter to hospital review boards, said a study of a blood substitute made by Northfield Laboratories Inc. is "seriously flawed" and should be redesigned to protect patients. The medical ethicists said the design of the study of Northfield's blood substitute, PolyHeme, could lead to some trauma patients dying. Under the study, some seriously injured patients continue to receiv | 1 |
| 108 | 03/21/2006 | -0.53% | -0.15 | Northfield Laboratories Inc. said on Monday that heart attacks experienced by patients during a late 1990s Phase III trial of its experimental blood substitute were due to complex fluid management issues.  The company said it does not believe that the cardiovascular events, which occurred in 10 patients who were given the blood substitute, were caused by a direct pharmacologic effect of the product, called PolyHeme(Reuters News 03.20.06); Northfield Laboratories Inc. shares continued to tumble after the medical company last week acknowl-edged regulators are investigating its blood substitute product. The Evanston, Ill.-based company on Thursday said it received an informal request from the Securities and Ex-change Commission to provide certain information regarding clinical development of its PolyHeme product. Northfield said the product is designed as an alternative to transfusion for extreme blood loss. Shares of the company are down 29 percent so far this year, and closed off 37 cents, or 4 percent, at $9.57 on the Nasdaq. Northfield was the subject of an article in The Wall | 0 |

**NORTHFILED LABS**       **Exhibit B  Event Study Summary**
Regression analysis - 3/19/2001 - 9/20/2006

| Regression Window | | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|---|
| 109 | 03/23/2006 | 0.89% | 0.24 | A University of Kentucky trial involving an experimental blood-replacing drug is still underway and the head of the trial said controversy surrounding the drug is unfounded and no problems have been observed in UK's trial. PolyHeme, an experimental blood replacement made by Northfield Labs Inc. of Indiana, came under fire in a Wall Street Journal article published in late February. In it, the article detailed that 10 of 81 patients who received PolyHeme suffered heart attacks within a week and two of them died. Dr. Ron Fairman, a physician at the University of Pennsylvania who participated in that study and raised concerns about the study, did not return calls seeking comment. Dr. Andrew Bernard, a surgeon at UK and chief investigator of UK's PolyHeme trial, explained the differences be-tween UK's trial and the prior trial. "It doesn't appear it was the PolyHeme that was the cause," Bernard said. "(It was) the study design rather than the drug itself."(University Wire); Northfield Laboratories Inc. announced that Steven A. Gould, M.D., Chairman and Chief Executive Officer, briefed Senate Finance Committee staff mer | 0 |
| 110 | 03/24/2006 | -2.67% | -0.74 | A Johns Hopkins researcher says the maker of an experimental blood substitute did not release to him all the data from a 2000 study on the product, so he has withdrawn his presentation about the study from the program of a medical meeting next month. "Northfield (Laboratories) was not able to provide me with the full data from the study and it's not possible to put a presentation together of any kind without access to the entire study database," Dr. Edward Norris of Johns Hopkins. Evanston, Ill.-based Northfield drew fire following a recent Wall Street Journal story that suggested the company tried to hide key details about the study on the blood substitute PolyHeme in elective surgery patients(Associated Press Newswires 3.23.2006) | 0 |
| 111 | 04/11/2006 | -3.34% | -0.93 | Northfield Laboratories Inc. announced today financial results for the 3Q:FY:06, which ended February 28, 2006.  Northfield reported a loss of $6.4M, or 24¢ per share for the 3Q, compared with a loss of $4.9M, or 21¢ per share for the corresponding period last year.  As expected, increases in operating expenses were incurred to conduct, expand, and support our pivotal Phase III trial.  At the close of the quarter, the company reported shareholders' equity of $77.4M, with $80.3M in cash and marketable securities.  As a development stage company, Northfield does not generate revenue(Bloomberg 04.10.06) | 0 |

**NORTHFILED LABS**

Regression analysis - 3/19/2001 - 9/20/2006

## Exhibit B  Event Study Summary

| Regression Window | | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|---|
| 112 | 04/12/2006 | 0.81% | 0.22 | Northfield Laboratories Inc. said it expects by mid-year to finish enrolling trauma patients in a study of its experimental blood substitute that is the subject of a U.S. congressional inquiry. The study of the blood substitute, called PolyHeme, has come under fire from government advisers and medical ethicists who questioned its use in trauma patients who cannot give consent. Blood, the standard treatment for patients with hemorrhagic shock, or uncontrolled bleeding, is not available in ambulances. The oxygen-carrying PolyHeme fluid is intended to prevent death before a patient can receive blood in an emergency room. The Evanston, Illinois-based company is also the subject of a number of class action lawsuits, stemming from a 1990s study of PolyHeme in elective surgery in which 10 patients had heart attacks, and two of them died. Northfield, which has maintained that its current study meets federal criteria requiring potential for patient benefit, said 27 sites are actively enrolling patients in the trial. "We believe we are on strong scientific, legal and ethical ground," Northfield Chairman and Chief Executive Stev | 0 |
| 113 | 06/16/2006 | 7.33% | 1.93 | Northfield Laboratories Inc. announced today that it signed an agreement with First Industrial, LP, to purchase the building Northfield currently occupies as lessee in Mt. Prospect, Illinois for $6.7M.  The transaction is scheduled to close in late June, subject to customary terms and conditions.  This 106,000 square foot property will be used for Northfield's first planned commercial facility for the manufacture of PolyHeme, the company's human hemoglobin-based oxygen-carrier, as well as to house laboratory, quality, and administrative personnel(Bloomberg);   Northfield Laboratories Inc. said it has nearly completed enrolling patients in its pivotal Phase III trauma study, sparking a rally in its shares(Reuters News); Word from Northfield Laboratories Inc. that it has nearly completed enrollment of patients in the late-stage trial of its blood substitute Polyheme drove its shares higher. The Evanston-based company's stock closed up 6.74 percent, or 58 cents, at $9.19 after the update on Polyheme, which is used in emergency situations to treat large volume blood loss. The company also announced it agreed to pay | 0 |
| 114 | 07/06/2006 | 3.58% | 0.96 | The Wall Street Journal reports that if the US Navy gets its way, hundreds of civilian trauma patients could, without their consent, be given a blood substitute that has been linked in other large clinical studies to increases in hypertension, heart attacks and other serious cardiac problems.  The FDA has blocked the new Navy trial 3 times in the past year, but now is reconsidering after months of jockeying among the Navy, the agency and Biopure, the maker of the blood substitute(Bloomberg) | 0 |
| 115 | 07/07/2006 | 0.26% | 0.07 | Jim Cramer told viewers to avoid Northfield Laboratories and several other companies during his daily show(Bloomberg 07.06.06) | 0 |
| 116 | 08/08/2006 | -4.45% | -1.24 | Dr. Gould reported that the company has applied for Fast Track designation for PolyHeme(Bloomberg) | 0 |

**NORTHFILED LABS**

**Exhibit B  Event Study Summary**

Regression analysis - 3/19/2001 - 9/20/2006

| Regression Window | 1 Day Effect | T-statistic | Description | Relevant Events |
|---|---|---|---|---|
| 117 | 08/15/2006 | 0.35% | 0.09 | Northfield Laboratories Inc. announced today financial results for the 4Q:FY and year-ended May 31, 2006.  For the FY, Northfield reported a net loss of $26.8M, or $1 per share, compared with a net loss of $20.3M, or 88¢ per share, for the prior FY.  The company reported shareholders' equity of $69.4M, with $73.9M in cash and marketable securities.  Northfiled reported a loss of $8.3M, or 31¢ per share, for the 4Q:FY, compared with a loss of $5.7M, or 21¢ per share, for the corresponding period last year(Bloomberg 08.14.06) | 0 |