UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Topaz Realty Corp., et al.
                              Plaintiff,
v.                                             Case No.: 1:06–cv–01493
                                               Honorable George M. Marovich
Northfield Laboratories Inc., et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 10, 2009:

MINUTE entry before the Honorable Nan R. Nolan: Status hearing held and continued to 9/9/2009 at 09:00 AM. Notice Of Bankruptcy And Suggestion Of Stay by Northfield Laboratories Inc. and Steven A. Gould issued. The district court having stayed this civil action pending the bankruptcy matter, Defendants' Motion to Compel [229] is denied without prejudice. Parties to report status of bankruptcy and stay of case at the 09/09/09 status hearing.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.