IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Master File No. 06 C 1493 |
| | ) | |
| NORTHFIELD LABORATORIES, INC. | ) | CLASS ACTION |
| SECURITIES LITIGATION | ) | |
| | ) | Hon. George M. Marovich |
| | ) | Magistrate Nan R. Nolan |
| | ) | |

**LEAD PLAINTIFFS' MOTION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

The Lead Plaintiffs: The Paul H. Shield, MD, Inc. Profit Sharing Plan and The Paul H. Shield, MD, Inc. Money Purchase Plan, move the court, pursuant to 28 U.S.C., § 1404(a), to transfer this Action to the United States District Court for the District of Delaware. This motion is based on the supporting Memorandum of Law, Declaration of Laurence M. Rosen, and Appendix filed and served with the motion.

Lead Plaintiffs' counsel has conferred with defense counsel, and defense counsel opposes this motion.

Dated: September 24, 2009

                                            Respectfully Submitted

                                            **POMERANTZ HAUDEK
GROSSMAN & GROSS LLP**

                    By:    /s/ Leigh Handelman Smollar

                                            Patrick V. Dahlstrom
Leigh Handelman Smollar
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: 312-377-1181
Fax: 312-377-1184

Liaison Counsel for Lead Plaintiffs and the Class

2.

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen (pro hac vice)
Phillip Kim (pro hac vice)
350 Fifth Avenue, Suite 5508
New York, NY 10118
Tel: 212-686-1060
Fax: 212-202-3827

Lead Counsel for Lead Plaintiffs and the Class

2.